IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RON JORDAN                                                                                    PLAINTIFF

v.                                                         CIVIL ACTION NO. 2:16-CV-149-KS-MTP

WAYNE FARMS, LLC                                                                        DEFENDANT

## ORDER

On July 6, 2017, Defendant Wayne Farms, LLC ("Movant") filed its Motion for Summary Judgment [55]. Plaintiff Ron Jordan ("Respondent") has until on or before **July 20, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **July 27, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __7th__ day of July, 2017.

                                                             s/Keith Starrett
                                                             KEITH STARRETT
                                                            UNITED STATES DISTRICT JUDGE